## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 8th day of March, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

*Mobile Products, Inc.*
Attn:   President/CEO and
         Shant S. Bedoyan
4460 West Shaw Avenue
Fresno, CA 93722

 

_____
Mary E. Augustine (No. 4477)

619639v1